| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>MEANS, TERRY R. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>05/07/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>201 ELDON B. MAHON U.S. COURTHOUSE<br>501 WEST 10TH STREET<br>FORT WORTH, TEXAS 76102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Substitute Trustee | Testamentary trust |
| 2. Trustee | Testamentary trust |
| 3. President, director | Lewis Means, Inc. (█████-owned, closely held corporation) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 13 A 9:31 FINANCIAL DISCLOSURE OFFICE


COPY

Means_Terry_R

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/07/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Shannon, Gracey, Ratliff & Miller--earnings as "of counsel" |
| 2. | 2008 | Lewis Means, Inc.--salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The Fort Worth Club | Honorary membership -- (dues) (before 10-13-08) | $1,500 |
| 2. The City Club (Fort Worth, TX) | Honorary membership -- (dues) (before 10-13-08) | $1,800 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Corsicana National Bank, Corsicana, Texas (accounts) | A | Interest | L | T | | | | | |
| 2. 1/2 interest in apt bldg (1985)($250,000) Corsicana, TX | A | Rent | L | R | | | | | |
| 3. IRA #1 | | | | | | | | | |
| 4. ---Chevron Corp. New common stock | A | Dividend | J | T | | | | | |
| 5. ---Prime Fund--Capital Res. class (money market) | A | Interest | J | T | | | | | |
| 6. ---3M Co. common stock | A | Dividend | J | T | | | | | |
| 7. ---Tyco Int'l common stock (see VIII) | | | | | | | | | |
| 8. ---Covidien Limited common stock | A | Dividend | | | Sold | 10-3 | J | | |
| 9. ---Tyco Int'l Ltd. Bermuda common stock | A | Dividend | | | Sold | 10-3 | J | | |
| 10. ---Tyco Electronics Ltd. common stock | A | Dividend | | | Sold | 10-3 | J | | |
| 11. ---Microsoft common stock | A | Dividend | J | T | | | | | |
| 12. ---Home Depot common stock | A | Dividend | J | T | | | | | |
| 13. ---Exxon/Mobil Corp. common stock | A | Dividend | J | T | | | | | |
| 14. --Wal-Mart common stock | A | Dividend | J | T | | | | | |
| 15. --JP Morgan Chase common stock | A | Dividend | J | T | Buy | 10-3 | J | | |
| 16. ING Employer's 401(k) Plan (#18) (see VIII) | | | | | | | | | |
| 17. ---ING Int'l SmCp Multi-Mgr-A (#19) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Corsicana Bankshares common stock (#20) | B | Dividend | J | T | | | | | |
| 19. Testamentary trust ▮▮▮▮ (#21) | | | | | | | | | |
| 20. ---Lewis Means, Inc., common stock (#22) | F | Dividend | L | W | | | | | |
| 21. Testamentary trust of filer'▮▮▮▮▮ ▮▮▮ (#23) | | | | | | | | | |
| 22. ---Min'l rights, parcel 1, Lea Co., NM (1992 appr.) (#24) | | None | J | Q | | | | | |
| 23. ---Min'l rights, parcel 2, Lea Co., NM (1992 appr.) (#25) | | None | J | Q | | | | | |
| 24. Royalty, Anderson Co, TX: Lewis sur (#26) (Y) | | | | | | | | | |
| 25. Royalty, Freestone Co, TX: Lamar sur ($10 20)(#27) | A | Royalty | J | S | | | | | |
| 26. Min'l int., Freestone Co, TX : M Hunt sur ($42,880) (#28) | C | Royalty | K | S | | | | | |
| 27. Royalty, Gregg Co, TX: L. Bingham, ($17 00) (#29) | A | Royalty | J | S | | | | | |
| 28. Royalty, Howard Co, TX: T & P TIN sur ($1670)(#30) | A | Royalty | J | S | | | | | |
| 29. Real est, Navarro Co, TX: 6 prcls (see VIII) ($434,650)(#31) | | None | N | S | | | | | |
| 30. Royalty, Pecos Co, TX: Bailey gas unit (#3 3) (agg $2400) | A | Royalty | J | S | | | | | |
| 31. O'riding roy, Pecos Co, TX: K. Moore "A" ($4790) (#34) | A | Royalty | J | S | | | | | |
| 32. Royalty, Pecos Co, TX: M7600, 7650 Pecos Val. 34 ($5260)(X) | B | Royalty | J | S | | | | | |
| 33. O'riding roy, Ward Co, TX: BH Grube (agg $1610)(#35) | A | Royalty | J | S | | | | | |
| 34. O'riding roy, Ward Co, TX: Howe gas #4 (agg $19,530)(#36) | C | Royalty | J | S | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royalty, Wood Co, TX: Hawkins B3-27 (# 37) ($3640) | A | Royalty | J | S | | | | | |
| 36. O'riding roy, Wood Co, TX: Hawkins ▮ ($10,790)(X) | B | Royalty | J | S | | | | | |
| 37. Royalty, Wood Co, TX: Hawkins ▮ (# 38) ($5990) | A | Royalty | J | S | | | | | |
| 38. Royalty, Wood Co, TX: Hawkins ▮ (# 39) ($2410) | A | Royalty | J | S | | | | | |
| 39. Royalty, Wood Co, TX: Hawkins ▮ (# 40) ($7200) | A | Royalty | J | S | | | | | |
| 40. Royalty, Zapata Co, TX: MV Herbst (#41) ($12,300) | C | Royalty | J | S | | | | | |
| 41. Royalty, Zapata Co, TX: MV Herbst-A- (X) ($1160) | A | Royalty | J | S | | | | | |
| 42. Royalty, Zapata Co, TX: Vidaurri-Mart G U#1 (agg $3010)(X) | A | Royalty | J | S | | | | | |
| 43. Royalty., Zapata Co, TX: Vidaurri #T9550 ($52,730) (#42) | E | Royalty | L | S | | | | | |
| 44. Royalty, Zapata Co, TX: St. gas #T9563(agg $13,880)(#43) | C | Royalty | J | S | | | | | |
| 45. Lewis Means Inc. (#44) | | | | | | | | | |
| 46. ---Countrywide Bank, N.A. (#53) | B | Interest | | | Closed | | | | |
| 47. ---Western Bank, Artesia, NM (#54) (Y) | | None | | | Closed | | | | |
| 48. ---Weatherford NB, Weatherford, TX (#55) | | None | M | T | | | | | |
| 49. Northwestern Mutual "Whole Life" (#56) | B | Dividend | J | T | | | | | |
| 50. Northwestern Mutual "65 Life" (#57) | B | Dividend | J | T | | | | | |
| 51. Penn Mutual "Whole Life" (#58) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Countrywide Bank, N.A. (#60) | A | Interest | | | Closed | | | | |
| 53. PrimeVest Fin. Serv., St. Cloud, MN | A | Interest | L | T | Open | 10-9 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/07/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 7 of Part VII: Tyco International Limited New ISIN, through a reverse split, caused the surrender in 2007 of its shares in exchange for shares of Covidien Limited, Tyco Electronics Limited, and Tyco International Limited Bermuda. So Tyco Int'l was not actually held during 2008 but is included here for context.

Lines 16 through 59 of Part VII: Almost all have a number sign and a number in parenthesees (e.g., (#37)) that indicate on what line this entry may be found in the 2007 report.

Line 16 of Part VII: The employer of filer's ▅▅▅▅ rolled the ABA Members Retirement Plant (line 15, previous report) over to the ING Employer's 401(k) Plan.

Line 29 of Part VII: There are 6, not 7, adjacent parcels comprising this farm in Navarro County, Texas, as was misstated on previous reports.

Generally in Part VII: The term "agg" represents an aggregate amount. This is made necessary by the county records' containing listings for separate fractional ownership interests in the same royalty because those interests were acquired at different times.

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R. | 05/07/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544